# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **HELEN NATSIS, et al.,** | **Civil Action No. 13-7269 (JMV)** |
| **Plaintiffs,** | |
| **v.** | |
| **RICHARD TURNER, et al.,** | **ORDER** |
| **Defendants.** | |

**IT IS** on this **13th** day of September, 2021

**ORDERED THAT:**

1.      A **Final Pretrial Conference** shall be conducted before the Undersigned pursuant to Civil Rule 16(d) on **November 2, 2021** at **10:00 a.m. via Zoom.** The ZOOM conference invitation will be sent to your designated email address on the Court's Electronic Filing System. There shall be no adjournments absent extraordinary circumstances.

2.      All counsel are directed to assemble at the office of plaintiff's counsel not later than ten (10) days before the pretrial conference to prepare the Pretrial Order in the form and content required by the Court. Agreed upon jury instructions, verdict sheet, voir dire, trial briefs and a neutral statement limited to one page or less setting forth the issue(s) of the case to be read to the jury by the Court before openings are to be included in counsels' submissions. Plaintiff's counsel shall prepare the Pretrial Order and shall submit it to all other counsel for approval.

3.      The original of the Pretrial Order and all required submissions shall be delivered to Chambers on or before **October 29, 2021**. All counsel are responsible for the timely submission of the Pretrial Order.  A copy of Judge Vasquez's form of Final Pretrial Order and other instructions have been supplied to you.


     /s/    Mark Falk
**MARK FALK**
**Chief U.S. Magistrate Judge**

2