UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELEN NATSIS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHARD TURNER, *et al.*,<br><br>    Defendants. | Case No. 13–cv–07269–JMV–ESK<br><br><br>ORDER |

    **THIS MATTER** having come before the Court for a telephone status conference on November 2, 2021 (Conference); and plaintiffs having filed a "motion to substitute attorney" on October 18, 2021 (ECF No. 237), which the Court granted on October 19, 2021 (ECF No. 239); and plaintiffs having filed a letter on October 25, 2021 requesting an adjournment of the final pretrial conference scheduled for November 2, 2021 (ECF No. 241); and the "Weehawken Defendants" having opposed plaintiffs' adjournment request (ECF No. 242); and the Court having converted the final pretrial conference to a telephone status conference (ECF No. 243); and for the reasons stated on the record at the Conference,

    **IT IS** on this   **2nd** day of **November 2021**   **ORDERED** that:

    1.   A final pretrial conference by Zoom is scheduled for **January 5, 2022 at 2:00 p.m.** before Magistrate Judge Edward S. Kiel.  The Court will provide Zoom login credentials for the final pretrial conference.

    2.   The parties shall file a proposed final pretrial order as previously directed in the Court's order of September 13, 2021 (ECF No. 235) by **December 29, 2021**.

                                                               */s/ Edward S. Kiel*
                                                                **EDWARD S. KIEL**
                                                                 **UNITED STATES MAGISTRATE JUDGE**