GEBHARDT & KIEFER, PC
Leslie A. Parikh, Esq.
Atty. ID#038131999
1318 Route 31 North
Annandale, NJ 08801
Tel. 908-735-5161
lparikh@gklegal.com
Attorneys for Defendants, Mayor Richard Turner, Frank Lamolino, Frank Tattoli, Shawn Masterson, Vincent Rivelli, Police Officer Augusto A. Same, Police Officer Conrad Hablitz, Sergeant Patrick Cannon, Detective Thomas White, Sergeant Rene Roa, Police Officer Iggy Mitolo, Detective Sergeant Deputy Chief Jeffrey Fulcher, Sergeant John Johnson, Donna Jandik, Township of Weehawken and Weehawken Township Police Department

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY – NEWARK VICINAGE

| | |
|---|---|
| HELEN NATSIS and KONSTANTINOS NATSIS,<br><br>        Plaintiffs,<br><br>    v.<br><br>RICHARD TURNER, in his official capacity as Mayor of Weehawken, TOWNSHIP OF WEEHAWKEN, FRANK LAMOLINO, in his official capacity as a construction official for the Township of Weehawken, FRANK TATTOLI, in his official capacity as a construction official for the Township of Weehawken, SHAWN MASTERSON, in his official capacity as an employee of the Township of Weehawken Building Department, VINCENT RIVELLI, in his official capacity as a health officer employed by the Township of Weehawken, POLICE OFFICER AUGUSTO A. SAME, POLICE OFFICER CONRAD HABLITZ, SERGEANT PATRICK CANNON, DETECTIVE THOMAS WHITE, SERGEANT RENE ROA, POLICE OFFICER IGGY MITOLO, CHIEF | CASE NO. **2:13-cv-07269-JMV-MF**<br><br>*Civil Action*<br><br>**SUBSTITUTION OF ATTORNEY** |

00477791

| |
|---|
| JEFFREY FULCHER, SERGEANT JOHN JOHNSON, TOWNSHIP OF WEEHAWKEN POLICE DEPARTMENT, KIM PAMPERIN, TRACY PAMPERIN, DENISE HODKINSON, HARRY HODKINSON, DONNA JANDIK, PMK GROUP, J. FLETCHER CREAMER & SON, MAYO LYNCH ASSOC., INC., AVELLA GARAGE a/k/a HIGHPOINT, ROBERT PAULDING a/k/a PAULDING HAICH DESIGN ARCHITECTS, PAULDING DESIGN GROUP, LLC, M & A DEMOLITION & EXCAVATION, MICHAEL ABROSIO & EXCAVATION, MICHAEL AMBROSIO, and JOSEPH FELL, ESQ.<br><br>Defendants. |

The undersigned hereby consent to the substitution of Leslie A. Parikh, Esq., and/or Gebhardt & Kiefer, P.C., as Attorney(s) for the Defendants, Mayor Richard Turner, Frank Lamolino, Frank Tattoli, Shawn Masterson, Vincent Rivelli, Police Officer Augusto A. Same, Police Officer Conrad Hablitz, Sergeant Patrick Cannon, Detective Thomas White, Sergeant Rene Roa, Police Officer Iggy Mitolo, Detective Sergeant Deputy Chief Jeffrey Fulcher, Sergeant John Johnson, Donna Jandik, Township of Weehawken and Weehawken Township Police Department, in the above-entitled cause.

GEBHARDT & KIEFER, P.C.            GEBHARDT & KIEFER, P.C.

*s/Tracy B. Bussel*                         [signature]
_____            _____
**TRACY B. BUSSEL, ESQ.**              **LESLIE A. PARIKH**
**Withdrawing Attorney**              **Superseding Attorney**

00477791