UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HELEN NATSIS,** *et al.*,<br><br>    **Plaintiffs,**<br><br>  v.<br><br>**RICHARD TURNER,** *et al.*,<br><br>    **Defendants.** | Case No. 13–cv–07269–JMV–ESK<br><br><br>ORDER |

   **THIS MATTER** having come before the Court for a final pretrial conference on March 8, 2022; and the parties having submitted a proposed final pretrial order; and for cause appearing,

   **IT IS** on this   **8th** day of **March 2022**   **ORDERED** that:

   1.   The final pretrial conference is continued to **May 5, 2022 at 11:00 a.m.** before Magistrate Judge Edward S. Kiel.  The Court will provide Zoom login credentials for the continuing final pretrial counsel.

   2.   Mark Falk, U.S.M.J. (Ret.) is appointed as the mediator for this matter.  The parties are directed to promptly contact Judge Falk to arrange for the mediation.

                                                                                    */s/ Edward S. Kiel*
                                                                                    **EDWARD S. KIEL**
                                                                                    **UNITED STATES MAGISTRATE JUDGE**