**PAUL BATISTA, P.C.**
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(917) 397-1815 (office)     (631) 377-0111 (cell)

e-mail: Batista007@aol.com                                      Facsimile: (212) 344-7677

April 12, 2022

VIA EMAIL [mfalk@walsh.law]
Hon. Mark Falk
Walsh Pizzi O'Reilly & Falanga
Three Gateway Center
15th Floor
Newark, New Jersey 07102

        Re:    Helen Natsis, et ano. v.
                   Richard Turner, et al.,
                   Case No. 2:13-cv-07269 (JMV) (ESK)

Dear Judge Falk:

      I was recently admitted pro hac vice to Dominick Minervini, counsel of record to plaintiffs Helen Natsis and Konstantinos Natsis in the above-entitled litigation.[1]

      By Order dated March 8, 2022, and on my consent and the consent of all the remaining attorneys, Judge Edward J. Kiel appointed as the Mediator for the matter.  See Exhibit 1.

      I respectfully and urgently request that Your Honor advise all remaining attorneys of the procedures you wish counsel to follow before the Mediation session which Your Honor may schedule.  I am also enclosing the existing counsel list.  See Exhibit 2.

                                           Respectfully submitted,

                                           Paul Batista

cc: All Counsel on Service List
PB/sjg
Enclosures

---

[1] Helen Natsis died on August 31, 2021.  She was married for several decades to plaintiff Konstantinos Natsis, who survives her.

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELEN NATSIS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHARD TURNER, *et al.*,<br><br>    Defendants. | Case No. 13–cv–07269–JMV–ESK<br><br><br>ORDER |

**THIS MATTER** having come before the Court for a final pretrial conference on March 8, 2022; and the parties having submitted a proposed final pretrial order; and for cause appearing,

**IT IS** on this  8th day of **March 2022**   **ORDERED** that:

1. The final pretrial conference is continued to **May 5, 2022 at 11:00 a.m.** before Magistrate Judge Edward S. Kiel.  The Court will provide Zoom login credentials for the continuing final pretrial counsel.

2. Mark Falk, U.S.M.J. (Ret.) is appointed as the mediator for this matter.  The parties are directed to promptly contact Judge Falk to arrange for the mediation.

                                                        */s/ Edward S. Kiel*
                                                      EDWARD S. KIEL
                                                      UNITED STATES MAGISTRATE JUDGE

**EXHIBIT 2**

# COUNSEL LIST

*Natsis, et al. v. Turner, et al.*
*Case No. 2:13-cv-07269-CCC-MF*

Dominick Minervini Attorney at law
299 Julianne Terrace
Secaucus, New Jersey 07094
(201) 470-0712 (T)
(201) 540-8042 (F)
dminervini@yahoo.com
**Counsel for Plaintiff**

Paul Batista
26 Broadway, Suite 1900
New York, New York 10004
(631) 377-0111 (cell)
(917) 397-1815 (office)
(212) 344-7677 (fax)
*Batista007@aol.com*
**Counsel pro hac vice for Plaintiff**

Leslie A. Parikh, Esq.
Noel A. Lesica, Esq.
Gebhardt & Kiefer, P.C.
1318 Route 31
P.O. Box 4001
Clinton, NJ  08809
Tel. No. 908-735-5161
Fax No. 908-735-9351
Email: lparikh@gklegal.com
          nlesica@gklegal.com
**Co-Counsel for Defendants**
Mayor Richard Turner, Frank Lamolino,
Frank Tattoli, Shawn Masterson,
Vincent Rivelli, Police Officer
Augusto A. Same, Police Officer
Conrad Hablitz, Sergeant Patrick Cannon,
Detective Thomas White, Sergeant Rene Roa
(improperly pled as Sergeant Rebe Roa),
Police Officer Iggy Mitolo, Detective Sergeant
Deputy Chief Jeffrey Fulcher, Sergeant
John Johnson, Donna Jandik, Weehawken
Township and Weehawken Township Police
Department

Elise DiNardo, Esq.
178 Central Avenue
Jersey City, NJ 07307
Tel. No. 201-963-9500
Fax No. 201-963-5080
Email: eobjection@gmail.com
**Co-Counsel for Defendants**
Mayor Richard Turner, Frank Lamolino,
Frank Tattoli, Shawn Masterson,
Vincent Rivelli, Police Officer
Augusto A. Same, Police Officer
Conrad Hablitz, Sergeant Patrick Cannon,
Detective Thomas White, Sergeant Rene Roa
(improperly pled as Sergeant Rebe Roa),
Police Officer Iggy Mitolo, Detective Sergeant
Deputy Chief Jeffrey Fulcher, Sergeant
John Johnson, Donna Jandik, Weehawken
Township and Weehawken Township Police
Department

Thomas G. DeLuca
DeLuca & Forster, Esqs.
133 Westfield Avenue
Clark, NJ 07066
Tel. No. 908-931-1100
Fax. No.
Email: delucafor@aol.com
**Counsel for Defendants Harry Hodkinson and Denise Hodkinson**

**NO LONGER IN CASE**

| | |
|---|---|
| ~~D. Scott Conchar, Esq.~~ ~~Law Offices of William E. Staehle~~ ~~445 South Street, P.O. Box 1938~~ ~~Morristown, NJ 07962-1938~~ ~~Tel. No. 973-631-7300/Fax No. 855-857-9822~~ ~~Email: dconchar@travelers.com~~ ~~Counsel for Defendant J. Fletcher Creamer & Son, Inc.~~ | ~~Joseph J. Fell~~ ~~Joseph J. Fell & Associates, LLC~~ ~~25 Seney Drive~~ ~~Bernardsville, NJ 07924~~ ~~Tel. No. 908-696-1000~~ ~~Fax No. 908-696-1900~~ ~~Pro Se Counsel for Joseph J. Fell~~ |
| ~~Jason Rindosh, Esq. (Counsel for Plaintiff)~~ ~~Bedi Rindosh~~ ~~1605 John Street~~ ~~Suite #305~~ ~~Fort Lee, NJ 07024~~ ~~Tel. No. 201-775-4222~~ ~~Fax No. 201-777-3975~~ ~~Email: jrindosh@berilaw.com;~~ | |

00046479