DOMINICK MINERVINI, ESQ.
299 Julianne Terrace
Secaucus, New Jersey 07095
(201) 470-0712 (T)
dminervini@yahoo.com

June 23, 2022

Judge Mark Faulk U.S.MJ
Walsh, Pizzi, O'Reilly, Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th floor
Newark, New Jersey 07102

Re:   *Helen Natsis and Konstantinos Natsis v. Turner, et al.,*
       Civil Action No. 2:13-cv-7269 (JMV) (ESK)

Dear Counsels,

Plaintiff's attorneys, Mr. Paul Batista, Esq. and I, would like to ask, absent any objection of fellow counsel, that the scheduled August 2, 2022 mediation session before Judge Faulk, be held in person at the offices of the Walsh Pizzi law firm in Newark.

Respectfully yours,

s/Dominick Minervini, Esq.
Dominick Minervini, Esq.

cc:

Leslie A. Parikh, Esq.
Noel A. Lesica, Esq.
Gebhardt & Kiefer, P.C.
**Co-Counsel for Defendants**
Mayor Richard Turner, Frank Lamolino, Frank Tattoli, Shawn Masterson, Vincent Rivelli, Police Officer Augusto A. Same, Police Officer Conrad Hablitz, Sergeant Patrick Cannon, Detective Thomas White, Sergeant Rene Roa (improperly pled as Sergeant Rebe Roa), Police Officer Iggy Mitolo, Detective Sergeant Deputy Chief Jeffrey Fulcher, Sergeant John Johnson, Donna Jandik, Weehawken Township and Weehawken Township Police Department


Elise DiNardo, Esq.
**Co-Counsel for Defendants**
Mayor Richard Turner, Frank Lamolino, Frank Tattoli, Shawn Masterson, Vincent Rivelli, Police Officer Augusto A. Same, Police Officer Conrad Hablitz, Sergeant Patrick Cannon, Detective Thomas White, Sergeant Rene Roa (improperly pled as Sergeant Rebe Roa), Police Officer Iggy Mitolo, Detective Sergeant Deputy Chief Jeffrey Fulcher, Sergeant John Johnson, Donna Jandik, Weehawken Township and Weehawken Township Police Department


Thomas G. DeLuca
DeLuca & Forster, Esqs.
   **Counsel for Defendants Harry Hodkinson and Denise Hodkinson**