DOMINICK MINERVINI, ESQ.
299 Julianne Terrace
Secaucus, New Jersey 07095
(201) 470-0712 (T)
dminervini@yahoo.com

June 23, 2022

Judge Mark Falk, U.S.M.J. (ret.)
Walsh, Pizzi, O'Reilly, Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th floor
Newark, New Jersey 07102

     Re:   *Helen Natsis and Konstantinos Natsis v. Turner, et al.,*
              Civil Action No. 2:13-cv-7269 (JMV) (ESK)

Dear Judge Falk,

    Plaintiff's counsel, welcome your honor's invitation to the scheduled August 2, 2022 mediation session, and for the option to have negotiations held via zoom. Absent from any objection from other counsel, Mr. Batista and I prefer the in person option, and for that mediation to be held in person at the offices of the Walsh Pizzi law firm in Newark. Respectfully, we feel that an in person mediation session as conducive for negotiation and more likely to result in a successful conclusion.

    Respectfully yours,

    <u>s/Dominick Minervini, Esq.</u>
    Dominick Minervini, Esq.

cc:

Leslie A. Parikh, Esq.
Noel A. Lesica, Esq.
Gebhardt & Kiefer, P.C.
**Co-Counsel for Defendants**
Mayor Richard Turner, Frank Lamolino, Frank Tattoli, Shawn Masterson, Vincent Rivelli, Police Officer Augusto A. Same, Police Officer Conrad Hablitz, Sergeant Patrick Cannon, Detective Thomas White, Sergeant Rene Roa (improperly pled as Sergeant Rebe Roa), Police Officer Iggy Mitolo, Detective Sergeant Deputy Chief Jeffrey Fulcher, Sergeant John Johnson, Donna Jandik, Weehawken Township and Weehawken Township Police Department

Elise DiNardo, Esq.
**Co-Counsel for Defendants**
Mayor Richard Turner, Frank Lamolino, Frank Tattoli, Shawn Masterson, Vincent Rivelli, Police Officer Augusto A. Same, Police Officer Conrad Hablitz, Sergeant Patrick Cannon, Detective Thomas White, Sergeant Rene Roa (improperly pled as Sergeant Rebe Roa), Police Officer Iggy Mitolo, Detective Sergeant Deputy Chief Jeffrey Fulcher, Sergeant John Johnson, Donna Jandik, Weehawken Township and Weehawken Township Police Department

Thomas G. DeLuca
DeLuca & Forster, Esqs.
   **Counsel for Defendants Harry Hodkinson and Denise Hodkinson**